HARDER MIRELL & ABRAMS LLP
CHARLES J. HARDER (State Bar No. 184593)
SARAH E. LUPPEN (State Bar No. 258559)
1801 Avenue of the Stars, Suite 1120
Los Angeles, California 90067
Telephone:  (424) 203-1600
Facsimile:   (424) 203-1601

Attorneys for Plaintiffs
HEATHER HUGHES AND
HEATHER HUGHES PRODUCTIONS, LLC

NO JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER HUGHES, an individual; HEATHER HUGHES PRODUCTIONS, LLC, a limited liability company organized under the laws of the State of Washington, <br><br>  Plaintiff, <br><br> v. <br><br> JONAH HIRSCH, an individual; FIXED POINT FILMS, an entity of unknown form; HELPING HANDS PRODUCTIONS, LLC, a limited liability company organized under the laws of the State of North Carolina; DOES 1–10, <br><br>  Defendants. | Case No. 2:13-cv-02173-DDP-JCG <br><br> **JUDGMENT** <br><br> Complaint Filed:  March 26, 2013 <br> Trial Date:  Not Set <br><br> Courtroom:  Hon. Dean D. Pregerson <br><br> [Filed concurrently herewith:  Joint Stipulation to Confirm Arbitration Award] |

The Court, having read and considered the Joint Stipulation to Confirm Arbitration Award and Enter Judgment in Conformance Therewith of Plaintiffs and Defendant Helping Hands Productions LLC (the "Joint Stipulation"), the Court adopts and incorporates each of the points listed in the accompanying Joint Stipulation between the parties, and HEREBY ENTERS JUDGMENT as follows:

1. The Arbitration Award, served September 4, 2013, in the within matter, executed by arbitrator Michael C. Donaldson, Esq., is binding upon Plaintiffs and Defendant Helping Hands Productions, LLC ("Helping Hands"), and is hereby CONFIRMED pursuant to 9 U.S.C. §§ 9 and 13;

2. Judgment is hereby entered in favor of Plaintiffs and against Defendant Helping Hands in accordance with the Arbitration Award, pursuant to 9 U.S.C. § 13, as follows: Helping Hands shall pay Plaintiffs the Rewrite Fee in the amount of $23,465.00, pursuant to the Arbitration Award. Helping Hands also shall pay Plaintiffs' arbitration service fees in the amount of $10,959.75, costs in the amount of $602.94, and attorney's fees in the amount of $75,846.50, pursuant to the Arbitration Award. In accordance with this Judgment, payment by Helping Hands to Plaintiffs, including the Rewrite Fee, arbitration service fees, costs, and attorney's fees **totals $110,874.19**;

3. JUDGMENT IS FURTHER ENTERED as follows: A declaratory judgment in favor of Plaintiffs and against Defendant Helping Hands in accordance with the Arbitration Award, pursuant to 9 U.S.C. § 13, and in accordance with the Joint Stipulation, that: (i) *Amazing Gracie* (formerly titled *Joyful Noise* and *Sarah's Gift*) (herein, the "Property") is the sole and exclusive property of Heather Hughes

[PROPOSED] JUDGMENT

1  and Heather Hughes Productions, LLC (the "Plaintiffs"); and (ii) Helping
2  Hands has no further rights or claims to the Property.

3
4  It is so ORDERED.

5  Dated: December 16, 2013

6
7  _____
   Hon. Dean D. Pregerson