JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HEATHER HUGHES, an individual; HEATHER HUGHES PRODUCTIONS, LLC, a limited liability company organized under the laws of the State of Washington,<br><br>                    Plaintiffs,<br><br>     v.<br><br>JONAH HIRSCH, an individual; FIXED POINT FILMS, an entity of unknown form; HELPING HANDS PRODUCTIONS, LLC, a limited liability company organized under the laws of the State of North Carolina,<br><br>                    Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CV 13-02173 DDP (JCGx)<br><br>JUDGMENT FOR THE PLAINTIFF |

     JUDGEMENT IS ENTERED FOR THE PLAINTIFF.


IT IS SO ORDERED.

Dated: January 11, 2016

_____
DEAN D. PREGERSON
United States District Judge